# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0316
_____

WILLIAM M. CUPP,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Melissa G. Olin, Judge.


November 10, 2025

PER CURIAM.

   AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William M. Cupp, pro se, Appellant.

James Uthmeier, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.